RECEIVED

NOV 19 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| N.W., JR. (XXX-XX-4318) | CIVIL ACTION NO. 12-cv-3068 |
| VERSUS | JUDGE WALTER |
| MICHAEL J. ASTRUE | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is affirmed and Plaintiff's complaint is dismissed with prejudice.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the _19_ day of November, 2013.

Donald E. Walter
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE